IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 17, 2016 |
| Court Reporter:    Gwen Daniel | Probation: Robert Ford |
| | Time: one hour and 56 minutes |

_____

| | |
|---|---|
| Criminal Action No. 15-cr-00222-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Robert Brown |
| Plaintiff, | |
| v. | |
| SHAWN PATRICK HOWELL, | Edward Harris |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:00 a.m.   Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Brown

Sentencing Statement by Mr. Harris

**ORDERED:  The Government's oral motion for a one-level reduction in the offense level for acceptance of responsibility is GRANTED.**

1

**ORDERED:   The Motion To Dismiss Count 2 [38] is GRANTED.**

**ORDERED:   There being no objection to the Defendant's Partially Unopposed Motion For A Downward Departure Due To The Advisory Sentencing Guidelines Over-Representing The Seriousness Of The Offense, the motion [35] is GRANTED.**

The Court addresses the Defendant's Motion For A Variant Sentence To Probation [34].

Argument (by Mr. Harris)

Argument (by Mr. Brown)

Colloquy between the Court and the defendant

Probation Officer's comments

Further colloquy between the Court and the defendant

Defendant's Allocution

**ORDERED:   Defendant's Motion For A Variant Sentence To Probation [34] is DENIED.**

Defendant plead guilty to Count One of the Indictment on November 24, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Shawn Patrick Howell, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons**

**the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

  1. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

  2. **The defendant shall not use any uniform, insignia, badge, credential, identification document, vehicle lights, vehicle plates or vehicle insignia of any law enforcement or fire department agency or department which he is not expressly permitted to use under federal, state or local law.**

**ORDERED: Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**The defendant shall pay a Special Assessment of $100, which shall be due and payable immediately.**

**Defendant has no ability to pay a fine, and the fine is waived.**

The Government does not object to voluntary surrender.

The Court enters findings on the record.

**The Court finds by clear and convincing evidence that the defendant's conditions of release reasonably assure that he will not flee or pose a danger to the safety of the community, and that conditions within the meaning of 18 U.S.C. § 3143 have been met. Therefore,**

**IT IS ORDERED that the Defendant, Shawn Patrick Howell, surrender at the institution designated by the Bureau of Prisons on April 21, 2016 at 12:00 noon. In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

The Defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

11:56 a.m.   Court in Recess
             Hearing concluded.